IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES BARNES, Individually and as
Co-Trustee of the Barnes Revocable Trust;
TERRY BARNES, Individually and as
Co-Trustee of the Barnes Revocable Trust;
BBA CORP., doing business as FirstClassBooks;
FIRSTCLASSBOOKS INC.;                         PLAINTIFFS/
and GORILLA TEXTBOOKS INC.        COUNTER-DEFENDANTS

v.                      No. 4:17-cv-00132-DPM

SAM CARTER; SECOND CLASS
BOOKS INC., doing business as High            DEFENDANTS/
Country Books;                       COUNTER-CLAIMANTS/
and JEREMY CUCINELLA            THIRD-PARTY PLAINTIFFS

v.

BBA SOLUTIONS PARTNERSHIP
GROUP LLC; BBA SOLUTIONS LLC;
RENTTEXT.COM INC.; and TEXTBOOK
TECHNOLOGY LLC               THIRD-PARTY DEFENDANTS

## JUDGMENT

The complaint, counterclaim, and third-party complaint are dismissed with prejudice.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 August 2017