IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES BARNES and TERRY BARNES, Individually
and as Co-Trustees of the Barnes Revocable Trust;
BBA CORP., d/b/a FIRSTCLASSBOOKS;
FIRSTCLASSBOOKS, INC.; and GORILLA
TEXTBOOKS, INC.                                      PLAINTIFFS/
                                            COUNTER-DEFENDANTS

v.                         No. 4:17-cv-132-DPM

SAM CARTER; SECOND CLASS
BOOKS, INC., d/b/a High Country
Books; and JEREMY CUCINELLA         DEFENDANTS/
                                    COUNTER-CLAIMANTS/
                                    THIRD-PARTY PLAINTIFFS

BBA SOLUTIONS PARTNERSHIP
GROUP LLC; BBA SOLUTIONS
LLC; RENTTEXT.COM,
INC.; and TEXTBOOK
TECHNOLOGY LLC              THIRD-PARTY DEFENDANTS

ORDER

Addendum, № 35, appreciated. Motion, № 33, withdrawn for want of jurisdiction.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 May 2018